**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **VOLTSTAR TECHNOLOGIES, INC.** | § | |
| | § | |
| Plaintiff, | § | C. A. NO. 2:12-cv-00082-JRG |
| v. | § | |
| | § | |
| **AT&T, INC., AT&T OPERATIONS, INC.,** | § | |
| **AT&T MOBILITY, LLC., AT&T MOBILITY** | § | |
| **II, LLC, NEW CINGULAR WIRELESS** | § | |
| **SERVICES, INC., AND SOUTHWESTERN** | § | |
| **BELL TELEPHONE COMPANY** | § | |
| | § | |
| Defendants | § | **JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff VoltStar Technologies, Inc. respectfully stipulates to the dismissal of Defendants AT&T, Inc., AT&T Operations, Inc., AT&T Mobility II, LLC, New Cingular Wireless Services, Inc., and Southwestern Bell Telephone Company.  This dismissal is without prejudice to re-filing and is based on the attached stipulation provided by the above-named Defendants.

    Respectfully submitted,

    AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING, P.C.
    */s/ Steven J. Mitby*
    Fed. I.D. No. 33591
    State Bar No. 27037123
    1221 McKinney Street, Suite 3460
    Houston, Texas 77010
    Telephone: 713-655-1101
    Facsimile: 713-655-0062
    smitby@azalaw.com

                Andrew W. Spangler
                SPANGLER & FUSSELL P.C.
                208 N. Green Street, Suite 300
                Longview, Texas 75601
                Telephone: (903) 753-9300
                Facsimile:  (903) 553-0403
                spangler@sfipfirm.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

I hereby certify that on June 13, 2012 I conferred with opposing counsel regarding this Stipulation of Dismissal.  Opposing counsel stated that they would not be opposed to the filing of this Stipulation.

                */s/ Steven J. Mitby*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on the 21st day of June, 2012

                */s/ Steven J. Mitby*